# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

FLORIDA GAS TRANSMISSION
COMPANY, LLC

NO.   2020 CW 1177

VERSUS

TEXAS BRINE COMPANY, LLC

**MARCH 26, 2021**

---

In Re:   Texas Brine Company, LLC, applying for rehearing, 23rd
Judicial District Court, Parish of Assumption, No.
34316.

---

**BEFORE:   WELCH, PENZATO, AND HESTER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JEW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT